IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STEPHEN E. FURBY, et al.,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**CATHERINE D. LANG, et al.,**<br><br>        **Defendants.** | **4:10-cv-03063-LSC-FG3**<br><br>**SCHEDULING ORDER** |

    The plaintiffs in a related case, *Mulligan v. Lang*, 4:10-cv-3192-LSC-FG3, filed a motion requesting that their case be consolidated with this case.  It does not appear that the motion was served on the *Furby* plaintiffs; therefore, copies of the *Mulligan* Complaint, Motion to Consolidate, supporting brief, and defendants' response are attached to this Order for counsel's review.

    The *Furby* plaintiffs are given until **Friday, January 7, 2011** to file any Objection to the attached Motion to Consolidate.  If the *Furby* plaintiffs do not object to consolidation of this case with *Mulligan v. Lang*, they are requested to file a Notice to that effect.  Counsel are advised that *Furby v. Lang* will be designated the lead case if the two cases are consolidated.

    **IT IS SO ORDERED.**

    **DATED January 3, 2011.**

                                             **BY THE COURT:**

                                             **s/ F.A. Gossett, III**
                                             **United States Magistrate Judge**